26-DEC-05
(Date)

Office of the Clerk
U.S. District Court
DIstrict of Puerto Rico
Clemente Ruiz-Nazario U.S. Courthouse
150 Carlos Chardon, Room 150
Hato Rey, Puerto Rico   00918-1767

    Re: **United States of America v. Alexander Rodriguez**
        Criminal Case No.: **97-98-5 (HL)**

Dear **Clerk**,

Enclosed please find four (4) originally signed **Address Update Notices** and **Motions for Resentencing**. Please file accordingly and return one (1) copy to me after being file-stamped in the self-address, stamped envelope enclosed, and thereafter, please present to the Court for its consideration.

Should you have any questions, or need additional information, please contact me. With very kind regards. As I remain,

                          Sincerely,

                          *Alexander Rodriguez* (signature)
                          **Alexander Rodriguez**
                          Defendant-Petitioner, In Propia Person
                          FBOP# 14800-069
                          Federal Satellite Low
                          2650 Hwy 301 South
                          Jesup, GA   31599

cc
encl(s):4 sets of address update notices and motions for resentencing,
      SASE.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Respondent, | )<br>)<br>)<br>) |
| v. | ) Crim. Case No.: 97-98-5 (HL)<br>)<br>) |
| **ALEXANDER RODRIGUEZ**<br>Defendant-Petitioner-Movant. | )<br>) |

**TO ALL INTERESTED PARTIES:**

### ADDRESS UPDATE NOTICE

I, Alexander Rodriguez, the Defendant-Petitioner-Movant herein, in proper, person, respectfully give notice to all interested parties as to this address update notice. I receive my mail as follows:

ALEXANDER RODRIGUEZ
FBOP# 14800-069
Federal Satellite Low
2650 Hwy 301 South
Jesup, GA 31599

Signed this _26_ day of _DEC_, 2005 at the Federal Satellite Low in Jesup, Georgia, U.S.A.

Respectfully submitted,

_Alexander Rodriguez_
ALEXANDER RODRIGUEZ
Defendant-Petitioner, In Proper Person