BP-S148.055   **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MR. NEWBOWL CASE MANAGER | DATE: 5/13/04 |
|---|---|
| FROM: ALEXANDER RODRIGUEZ | REGISTER NO.: 14800-069 |
| WORK ASSIGNMENT: UNICOR | UNIT: A-415U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

MR. NEWBOWL, I WOULD LIKE FOR YOU TO TELL ME IN WRITING THE REASON WHY THE REGIONAL OFFICE DENIED ME CAMP PLACEMENT. THANK YOU VEYR MUCH.

(Do not write below this line)

DISPOSITION:

As per the region

02 REMARKS: 8-5-03,SER/KRA/KSB DENY CAMP TRF;SERIOUS ARREST HISTORY

↳ set fire to building at Institution during a disturbance

Signature Staff Member                Date  5/14/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Exhibit "B"



UNITED STATES GOVERNMENT
# memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Institution
2600 Highway 301 South
Jesup, Georgia 31599

August 28, 2003

MEMORANDUM FROM J. COUGHLIN, LOW ADMINISTRATOR

TO: Inmate Alexander Rodriguez
Reg. No. 1800-069    14-800-069

SUBJECT: Inmate Request To Staff Member

This is in response to your Inmate Request to Staff Member, dated August 21, 2003, where you state you were denied transfer to a federal prison camp on the grounds your PSI erroneously recommended that you be sentenced under criminal category IV. You indicate your unit team inadvertently but erroneously failed to notice that at sentencing the District Court did not adopt the PSI recommendations. You are requesting the unit team reconsider its position and be resubmitted for camp placement.

Your unit team did review your case and determine you were appropriate for camp placement. In June 2003, you were submitted for transfer to a camp. On August 5, 2003, you were denied transfer by the Southeast Regional Office due to your serious arrest history.

I trust this addresses your concerns.